**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

Kevin Cait
Kx-2601
SCI Rockview
Box A
1 Rockview Place
Bellefonte, PA 16823

Enclosed please find the following forms which you have requested:

_____1_____ **42 U.S.C. § 1983** Civil Rights Complaint

_____ Pro Se General Complaint Form

_____ **28 U.S.C. § 2241** Habeas Corpus Petition

_____ **28 U.S.C. § 2254** Habeas Corpus Petition

_____ **28 U.S.C. § 2255** Motion to Vacate, Set Aside or Correct
Sentence

_____3_____ **USM-285** Process Receipt & Return
**\*Forms will be issued when Complaint is filed\***
**\*Please contact the Marshal's with any questions**
**concerning service and request for form.\***

_____ Please contact the **Institution's Law Library**: To assist in
drafting Petition.  No legal advice.

_____ OTHER:

dmc/
Enclosure

IN THE COMMONWEALTH COURT OF PENNSYLVANIA
eastern DISTRICT

_____kevin coit_____,                    :    NO:

                              PLAINTIFF                   :
                                                         :
                  VS.                                    :
                                                         :
_Superintendent Sorber___                                :
                              RESPONDENT                  :

## VERIFICATION

The facts set forth in the foregoing are true and correct to the best of the

undersigned's   knowledge, information, and belief and are verified subject to the

penalties for unsworn falsification to authorities under Pennsylvania Crimes Code 4904

(18 Pa.C.S.A. § 4904).

No Notary
Required

Respectfully Submitted,

Date: _3·29·21_____, 20 _21_

_____
                              (signature)

_Kevin Coit_____
                              (print name)

S Phoenix    # KX2601
1300 Moky Chic drive
Collegeville PA 19426

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| | Phoenix | 12-31-20 |
| FROM: (INMATE NAME & NUMBER) FN 2601 Kevin Cof | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: J D 7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Violation of Code of ethics ethics 215 Sec 3 D on 12-22-2001
Was taken to Roc My property was taken to the Main property room instead
of the Rhu From g to property to the Rhu My t.v, 2 pairs of sneakers
My fan, 2 rugs, 1 extension cord, 1 TCA remote, 1 sweat punts, 1 shirt
shorts My state id all was Missing, was not given a C.ir and My
Property was inventoried outside My presence and i was not given a new
dc 153 the these items were given to My by Bmu staff as purt My
treatment and incentives which is why they are on My 153's see exhibits
all Items were New except t.v and Fan ___ i would like My Property
back or reimburst At commissary value for these items

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          1/6/2021
Signature of Facility Grievance Coordinator          Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

01/20/2021 03:10

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
| Facility: | Phoenix | Unit Location: | G/D 1507 |
| Grievance #: | 908215 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

### Decision:Grievance Denied

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

### Response:

In your grievance you indicate that your property was taken from G block to the property room instead of B block when you went to the POC and now items are missing. On 12/22/2020 you were taken from G block to B block and the officer on G block completed a property removal form indicating that 1 foot locker, 3 boxes, TV, radio, tablet, razor and keyboard were packed and sent to B block. All of your property was packed and sent to B block. When you arrived on B block it was determined that you needed POC placement at which time B block staff sent your property to the property room. Per policy, while you are housed in the POC, your property is to be stored in the property room not on B block. Confiscated Items Receipt N. B 710138 indicates that a pair of Reebok size 10.5, Nike size 9.5 were destroyed because they were not yours. It also indicates that your fan was confiscated due to a bad engraving and RCA TV w/remote was confiscated because the serial # was traced and it was not yours. Your grievance is denied.

| Signature: | |
| Name: | A. Olivieri |
| Title: | |
| Approver: | K. Owens |
| Date: | January 20, 2021 |

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D          Issued: 1/26/2016  Effective: 2/16/2016

KX2601     Grievance #:908215

COIT, KEVIN                                                        Page1 of 1

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mrs. Owens | 2. Date:<br>1-5-21 |
| 3. By: (Print Inmate Name and Number)<br>RX261 Kevin Coit | 4. Counselor's Name:<br>Smith |
| _(signature)_<br><br>Inmate Signature | 5. Unit Manager's Name:<br>Olivero |
| 6. Work Assignment:<br>Janitor | 7. Housing Assignment:<br>JD-7 |

8. Subject: State your request completely but briefly. Give details.

Mrs Owens, I have submitted several request slips and grievances and i have not received my pink copies or responses i have several copies of these request slips and my yellow copies of grievances i have written when i spoke to you while i was in the RCC you told me that was not your problem i would like to know if that is still your stance or are you going to investigate why my paperwork is coming up missing

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____     _____ DATE _____
                                            Print                                              Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          **Attachment 3-A**

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>CCX 3 Self File | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mrs. Orlando | 2. Date:<br>1. 9. 21 |
| 3. By: (Print Inmate Name and Number)<br>/5K2601 Kevin Coit<br><br>_____<br>Inmate Signature | 4. Counselor's Name:<br>Smith<br>5. Unit Manager's Name:<br>Oliveri |
| 6. Work Assignment: | 7. Housing Assignment: |

8. Subject: State your request completely but briefly. Give details.

Mrs orlando i would like to know what is it that you meant by i should have never filed grievances 910767, 909961

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____  _____ DATE _____
                    Print              Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*    **Attachment 3-A**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Phx | DATE: 1·8·21 |
| orlando | |  |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |  |
| KX7od Kevin Cut | |  |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: 8P 7 |  |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1.8.20, i had court for CP-31-CR-465-2020 i was Never given the chance to go to court when i asked Mrs.oliveri about court she stated listen i am under alot of heat over your missing property so if you forget about your missing property i'll Make sure you get to court if Not, i am going to tell the Clo's you refused so how are you going to do this Mr.cait i attempted to hit my button to tell the Clo's i wanted to go to court but Nobody ever answered My Cull button as a result i was Not able to go to court as a relief i request Punitive damages and compensatory damages

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

JAN 1 1 2021

| | |
|---|---|
| **Form DC-135A** <br> **INMATE'S REQUEST TO STAFF MEMBER** | **Commonwealth of Pennsylvania** <br> **Department of Corrections** |

| | |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.  Date: <br> 1·10·2⁄ |
| 3.  By: (Print Inmate Name and Number) <br> KK2601 Kevin Cait | 4.  Counselor's Name: <br> Smith |
| Inmate Signature | 5.  Unit Manager's Name: <br> Oliver. |
| 6.  Work Assignment: | 7.  Housing Assignment: <br> 907 |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

8.  Subject: State your request completely but briefly. Give details.

I have a trial coming up i would like to be signed up for the law library AS soon as possible

9.  Response: (This Section for Staff Response Only)

Ok/OK   01/17/21

To DC-14 CAR only ☐                       To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME  L. Shen
Print

Signature                                  DATE 01/13/21

**7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips**        **Attachment 3-A**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: PhX | DATE: 1-13-21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Kenn Cit Nadal | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: 9D-7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1-13-21 i expressed to Clo June doe on 2-10 that i was hearing voices and feeling suicidal officer June doe told me to kill myself and she does not care. i have had two previous incidents were i was allowed to cut self June doe Became very aggressive and told me if i submitted a grievance i would surely regret such an action because they stick together around here and resisting an officer can lead to assault charges and broken body parts i then requested to speak to an area Lt and was told to hurry up and kill yourself June doe is not Cit Nor is trained to deal with Mental health inmates in accordance with the 13-2-1 Nor 5.1.1 . i have spoken to Mrs Nash Olweh Lpm Mattec and deputy siple in relation to having adequate Mental health staff on the block but have been told they Lac do want they want so i need to get over it for violations of doc code of ethics i request Punitive /and Monotnry damages in addition Punitiff was denied the opportunity to utilize Chan of Command

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 1·15·2021 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) KK26d Kevin Ceit | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Janitor | HOUSING ASSIGNMENT: 207 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

harassment / unconstitutionla conditions of Confinement on 1·15·2021 i received mail back which was legal For the fourth time this institution is violating dc Adm 803 Legal Mail does Not have to have institutional addess Second we do Not get blank envolpes For Me do @ such a thing but again this is Not Mandated i have spokin to oliver, Mrs Smith, as a relief i Request legal mail Sent out as addressed Punitive & monotary relief

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____   Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*



## Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

01/25/2021 07:56

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
| --- | --- | --- | --- |
| Facility: | Phoenix | Unit Location: | G / D 1007 |
| Grievance #: | 910761 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

### Decision:Grievance Denied

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

### Response:

Mr. Coit you state in your grievance that your outgoing legal mail is being returned to you for using the incorrect return address. You state that you do not need to use the institutions address.

Mr. Coit , the DC-ADM 803 policy states in Section 1.A.10., "All outgoing mail shall include on the envelope the fully-approved inmate name, Department inmate number, and return address printed in a legible, undisguised manner on the upper, left-hand corner of the envelope,....Privileged correspondence will have the facility mailing address with the inmate's name and number as the return address." Per policy, the mailroom was correct sending the correspondence back to you for the correct return address.

This grievance is denied.

| | |
| --- | --- |
| Signature: | |
| Name: | A. Olivarez |
| Title: | |
| Approver: | K. Owens |
| Date: | January 25, 2021 |

CC: Facility Grievance Coordinator
DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**          Issued: 1/26/2016 Effective: 2/16/2016

KX2601    Grievance #:910761

COIT, KEVIN                                                                                    Page1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 12.1.17.21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Peyton Robin Coit | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Janitor | HOUSING ASSIGNMENT: 9D 7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1.17.21 i was supposed to be placed on the call out for law library but i was not placed on the call out. i had been approved by Mrs Shon this is a continuous problem i am being denied law library. have 5 active cases Coit v-Luther 1:19-cv-2036 & Coit v.growhawski and 3 Comm v.Coit i am not able to research or type anything up. i have not been to the law library in over a month as relief i request punitive and Monetary damages. i have spoken to sup Surber, dep sipple, UM Olweri, sgt green

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                              Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 1·17·21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) KK2601 Kevin Coit | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Janitor | HOUSING ASSIGNMENT: 9D 7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1.17.21 i was supposed to be placed on the call out for law library but i was Not placed on ~~the~~ the call out i had been approved by Mis Shan this is a Continuous Problem i am being denied law library i have 5 active Cases Coit v. Luther 1:19-CV-2036 ●Coit v. growhowski and 3 Comm. V. Coit i am Not able to research or type anything up i have Not been to the law library in over a Month as relief i request punitives and Monetary damages i have spoken to sup Sorber, dep. sipple, um Oliveri, sgt green

B. List actions taken and staff you have contacted, before submitting this grievance.



Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Violation of due process on DI.4.21 i submitted several grievances in relation to several issues i have not recieved no notice to indicate those grievances were processed even grievances that have been processed i am not getting responses At initial response nor facility Appeal grievances i Appealed 903505, 904589,899 548 when i spoke to mrs orlando, and mis owens they both stated that they just process the grievances its not their job to look for specific peoples grievances and sometimes grievances get lost here especially for people who causes trouble these actions and statements violate the PLRA exhaustion requirements As a relief i request punitive damages And Monetary damages Plaintiff has written several request slips to mrs orlando and mrs owens to sup Serber, dept Sipple, oliver, non have responded to My request Plaintiff has multiple copies of

B. List actions taken and staff you have contacted, before submitting this grievance. all request sent out

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

DC-804
Part 1

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE

_____

GRIEVANCE NUMBER

### OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 18 |
| | | 1-22-21 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Kevin Cert KX261 | | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | 9D7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Violation of due process on 01-4-21 i submitted several grievances in relation to
several issues i have Not received No Notice to indicate those grievances were
Processed even grievances that have been processed i am Not getting responses
At initial response Nor Facility Appeal grievances i Appealed 903505,
904589, 899 548, when i spoke to Mrs Orlando, and Mrs owens they both
Stated that they Just process the grievances its Not their Job to look for
specific peoples grievances and sometimes grievances get lost here
espeacially for people who causes trouble these actions and statements violate
the PLRA eXhaustion requirements As a relief i request Punitive
damages and monetary damages Plaintiff has written several request
slips to Mrs orlando and Mrs owens to sup Sorber, dept Sipple, oliver,
Non have responded to My request Plaintiff has Multiple copies of

B. List actions taken and staff you have contacted, before submitting this grievance. all request Sent out

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>CCX3  Self File | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br><br>Mrs. Orlando | 2. Date:<br><br>1-19-21 |
| 3. By: (Print Inmate Name and Number)<br><br>702601 Kevin Corf<br><br><br>_____ Inmate Signature | 4. Counselor's Name:<br><br>Mrs. Smith |
| | 5. Unit Manager's Name:<br><br>Oliveri |
| 6. Work Assignment: | 7. Housing Assignment:<br><br>907 |

8. Subject: State your request completely but briefly. Give details.

I Would like to Know Why i have Not recaived My responses for the Following grievances and appeals 909589, 903505, 899548

9. Response: (This Section for Staff Response Only)

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

STAFF MEMBER NAME _____     _____ DATE _____
                              Print                                    Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          **Attachment 3-A**

| Form DC-135A | Commonwealth of Pennsylvania |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) | 2. Date: 01/20/2021 |

| 3. By: (Print Inmate Name and Number) Colt KX2W01 ___Inmate Signature___ | 4. Counselor's Name: Smith |
| | 5. Unit Manager's Name: Olivieri |

| 6. Work Assignment: | 7. Housing Assignment: G-D-1007 |

8. Subject: State your request completely but briefly. Give details.

9. Response: (This Section for Staff Response Only)

You are on the callout for law library for tomorrow 1/21/2021 for 0800

To DC-14 CAR only ☐                    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print          cez Signature          DATE 01/21/2021

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          *Attachment 3-A*

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.  Date: 1/20/2021 |
| 3.  By: (Print Inmate Name and Number)<br><br>Colt  KX2601<br><br>Inmate Signature | 4.  Counselor's Name: Smith |
| | 5.  Unit Manager's Name: Ouvier |
| 6.  Work Assignment: | 7.  Housing Assignment: G-D-1007 |

8.  Subject: State your request completely but briefly. Give details.

---

9.  Response: (This Section for Staff Response Only)

Per parole supervisor Hernandez, the next time you see the board is 11/2022 as long as you dont get any misconduct.

---

To DC-14 CAR only ☐                    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ CC2 _____            DATE 1/28/2021

Print            Signature

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br>Mrs orlando | 2.  Date:<br>1 21·21 |
| 3.  By: (Print Inmate Name and Number)<br>KX2601 Kevin Cait<br><br>_____ Inmate Signature | 4.  Counselor's Name:<br>Mrs Smith |
| | 5.  Unit Manager's Name:<br>Oliveri |
| 6.  Work Assignment:<br>Janitor | 7.  Housing Assignment:<br>BD-7 |

8.  Subject: State your request completely but briefly. Give details.

Mrs orlando : still have Not received any grievance appeals so i Can appeal grievances When i spoke to you you tel'd Me i May appeal grievances on regular paper with all grievance information i complied with your directives and i still have Not received My appeal responses for 899 548, 903 505, 904 589 909 901, 910 761, 710 765, ~~902~~

9.  Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____ _____ DATE _____
                        Print              Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          **Attachment 3-A**

| Form DC-135A | Commonwealth of Pennsylvania |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

LLX3 Self File
X1 Parole supervisor

|  | INSTRUCTIONS |
|  | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1.  To: (Name and Title of Officer) | 2.  Date: |
| Parole supervisor | 1.22.21 |
| 3.  By: (Print Inmate Name and Number) | 4.  Counselor's Name: |
| MX2601 Kevin Cit | Smith |
| | 5.  Unit Manager's Name: |
| Inmate Signature | Oliveri |
| 6.  Work Assignment: | 7.  Housing Assignment: G-D-1007 |
| Janitor | 901 |

8.  Subject: State your request completely but briefly. Give details.

I would like to Know why Am i not Scheduled for Parole until 11.2022
i do not have Any dc time due to my placement in the BMu
and i am 5 years past my Minimum last Parole was 5.2016

9. Response: (This Section for Staff Response Only)

You keep getting too many
write-ups. Board won't see you if
you keep getting them.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

STAFF MEMBER NAME  Sup. M. Hernandez                        DATE  1/25/21
                        Print                          Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          *Attachment 3-A*

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>CC X3 Self-File | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mrs. Owens | 2. Date:<br>1-24-21 |
| 3. By: (Print Inmate Name and Number)<br>LR261 Kevin Cait<br><br>_____<br>Inmate Signature | 4. Counselor's Name:<br>Smith |
| | 5. Unit Manager's Name:<br>Oliver. |
| 6. Work Assignment: | 7. Housing Assignment:<br>907 |

8. Subject: State your request completely but briefly. Give details.

Mrs. owens i would like for this office to know that C/o's are threatening to write me up for filing grievances i was forced to withdraw grievance # 910377 when i spoke to you about it you stated that withdrawing is your recommendation

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____   _____ DATE _____
                            Print                    Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*        **Attachment 3-A**

## GRIEVANCE WITHDRAWAL
### SCI PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426

G-D-1007



This serves to acknowledge receipt of recent communication indicating your desire to withdraw the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System," the Facility Grievance Coordinator will withdraw this grievance in response to your request.

| Inmate Name: | Kevin Cuit | Inmate Number: | KX2601 |
|---|---|---|---|
| Facility: | SCI PHOENIX | Date: | 1-20-21 |
| Grievance #: | | | |

| Action: | Withdrawal |
|---|---|

I wish to withdraw this grievance concerns were addressed

| Inmate's Signature: | | Grievance Officer's Signature: | |
|---|---|---|---|
| Grievance Officer's Title: | Lieutenant | | |
| Date: | 1/20/2021 | | |
| Counselor's Name: | H. Oliver | Date: | 1/20/21 |
| Withdraw Verified: | ☑ Yes ☐ No | | |
| Comments: | | | |

cc:   Facility Grievance Coordinator
      Grievance Officer
      DC-15
      File

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/28/2016
Effective: 2/16/2016

**Attachment 1-B**

| Form DC-135A  **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) Mrs orlando | 2. Date: 1-25-21 |
| 3. By: (Print Inmate Name and Number) KK2601 Kevin Cart _____ Inmate Signature | 4. Counselor's Name: Smith |
| | 5. Unit Manager's Name: Oliveri |
| 6. Work Assignment: | 7. Housing Assignment: 90 7 |

8. Subject: State your request completely but briefly. Give details.

Mrs orlando i Would like to receive facility affeals and final review appeals there are none on the block and i can not comply with proper exhaustion without these papers thank you

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____    _____ DATE _____
                        Print                               Signature



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

02/11/2021 01:32

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | G / D |
| Grievance #: | 910767 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

I have received your grievance in which you state that on 1/4/2021 you submitted several grievances but have not received anything back. You state you are not getting initial review response or facility appeal responses to #903505, 904589, 899548. You state you spoke with Ms. Orlando and Ms. Owens in which they both told you they just process the grievances its not their job to look for specific grievances. You are requesting relief.

I find that appeals for 913617 and 899548 were completed on 12/22 and 12/30; they were placed into the in-house mail. I also find that you changed housing units between this time which could have caused a delay in you receiving these responses. The Superintendent's Office did not receive an appeal for 904589. A review of the grievance system shows a grievance was received on 1/6/2021 regarding property. All grievances and inmate requests are processed accordingly. Additionally, staff deny they made those comments to you.

Grievance and requested relief is denied.

| Signature: | |
|---|---|
| Name: | J. Terra |
| Title: | |
| Approver: | K. Owens |
| Date: | February 11, 2021 |

CC: Facility Grievance Coordinator
DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**

Issued: 1/26/2016 Effective: 2/16/2016

KX2601    Grievance #:910767

COIT, KEVIN

cc:3 self file

mr.wetzel my name is kevin coit kx2601 i am writting in regards to several issues i am experiancing at sci phoenix first i would like to address the visiting system as of 10/23/2020 i arrived at sci phoenix and have not been able to receive not a single visit i have written several request slips and grievances to no avail my request slips go unanswered and my grievances are very evasive in resonses my family are unable to log on to the visiting site or when they are able to log in they can not schedule a visit i have spoen to the deputies at sci phoenix and am told that you are the one in charge of this matter i was not having these issues at sci rockview i would like for this matter to be looked into second is the matter of my grievances or request slips not being responded to i have written several to multiple prison officials at sci phoenix in regards to mental health treatment and ooc but i have received no response in these matters i have been trying to b placed back onto my medication due to my depression and due to the denial of my ooc i have been permitted to engage in self harm and the c/o's only encouraged my self injurious behaviors and simple state that due to your orders all prisoners even with mental health can only come out for fifteen mins a day which is the denial of the mandatory hour recreation per the u.s.c 8th amendment thank you for your time and hope to hear from you soon in an effort to resolve these issues

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 2·1·21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Khaleel Kevin Cox | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Sanitary | HOUSING ASSIGNMENT: 9D 207 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1·31·21 I told c/o Gillard that i was depressed and suicidal at 11:30AM
I was told by c/o Gillard to go ahead and kill myself and if i dont
withdraw My grievance on Oliver, i was going to regret coming to this jail
and if i report him Next time he works he will write me up so i was
in My cell cutting for 2 hours bleeding and i had to refuse treatment due to
threats of going to the Rhll as a relief i request punitive &
Monitary

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 2-1-21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Khaleel Kevin Curt | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: B Janitary | HOUSING ASSIGNMENT: 9D 202 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1:31:21 I told C/o Gillard that i was depressed and Suicidal at 11:30AM
I was told by C/o Gillard to go ahead and kill Myself and if i dont
withdraw My grievance on Oliveri i was going to regret coming to this Jail
and if i report him Next time he works he will write me up so i was
in My cell cutting for 2 hours bleeding and i had to refuse treatment due to
threats of going to the RhU as a relief i request punitive &
Monitary

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                      Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**          *Attachment 1-A*
Issued: 1/26/2016
Effective: 2/16/2016



# Initial Level Extension

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

01/21/2021 09:13

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | G / D 1007 |
| Grievance #: | 910377 | | |

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification provides notice that staff requires an extension for responding to your grievance.

**Action:**

**Notice of Staff Extension** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days.

**Comments:**

**Signature:**

**Name:**

**Title:**       Facility Grievance Coordinator

**Date:**

cc:  Facility Grievance Coordinator
     DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-E**          Issued: 1/26/2016  Effective: 2/16/2016

KX2601     Grievance #:910377

COIT, KEVIN                                                                Page1 of 1



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

02/09/2021 08:27

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | G / D 1057 |
| Grievance #: | 913077 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

Officer stated he never made the statement. Unit pysch also makes several rounds on unit during day, no mention of suicidal made to pysch. Inmate also has history of making false claims against officers/staff.

| Signature: | |
|---|---|
| Name: | J. Nyce |
| Title: | |
| Approver: | K. Owens |
| Date: | February 9, 2021 |

CC: Facility Grievance Coordinator
DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**          Issued: 1/26/2016 Effective: 2/16/2016

KX2601     Grievance #:913077

COIT, KEVIN                                                                                    Page1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 2.8.21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) KK261 Kevin Coit | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Janitor | HOUSING ASSIGNMENT: 9D 107 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1.17.21 i sent a request to Medical department to review My Medical
and Mental health records i Still have Not been able to review MY Files
Nor have i received a response for the request slip i am Pro se
in letter of Coit v. Luther 1:19-cv-2036 My discovery Process is over
Next Month March 2 of 2021 as a relief i request to review requested
documents or Punitive and Monitary damages

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 2.8.21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) KK261 Kewa Cut | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: Janitor | HOUSING ASSIGNMENT: 9D 107 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

on 1.17.21 i sent a request to Medical department to review my Medical
and Mental health records i still have Not been able to review my files
Nor have i received a response for the request slip i am pic se
in letter of Cut v. Luther 1:19-cv-2036 my discovery process is over
Next Month March 2 of 2021 as a relief i request to review requestid
documents of Punitive and Monitory damages

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                  Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**

## RETURNED MAIL NOTICE

GD-1007

INMATE NAME: _____ K Coit _____

INMATE NUMBER: _____ KX 2601 _____

DATE: _____ 2|8|21 _____

Please be advised that the attached correspondence is being returned to sender by the Mailroom for the following reason:

☐  You have exceeded your state issued envelopes for the month. Correspondence from this date until the end of the current postage period must have a Postage/Cash Slip attached. Please provide a completed Postage Slip.

☐  Address incomplete/incorrect.

☒  Postage/Cash Slip incomplete/incorrect.

☐  Correspondence has insufficient postage. Please provide a completed Postage/Cash Slip.

☐  Insufficient funds available to satisfy Postage/Cash Slip request.

☐  Other:

Please correct the issue(s) noted above before attempting to resend.

**DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual**
**Section 1 – Mail Processing Procedures**
Issued: 8/3/2020
Effective: 8/10/2020

**Attachment 1-E**

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)

   inmate accounts Supervisor

2. Date: 2/8·/21

3. By: (Print Inmate Name and Number)

   KX2601 Kevin Cit

   _____ Inmate Signature

4. Counselor's Name: Smith

5. Unit Manager's Name: Oliveri

RECEIVED
FEB 09 2021
INMATE ACCOUNTS

6. Work Assignment:

7. Housing Assignment: JD 107

8. Subject: State your request completely but briefly. Give details.

I Would like to Know in what Policy Not inmate Supplimentary hand book Administrative policy Signed off and approved by John Wetzel does it State that an inmate Can oNLy Send Money off of their books to people on their Visiting list please refer to doc Policy when ② responding due to sci phoenix Not responding to previous request I have Made Copies of this request slip please respond in accordance to dc AdM 7.2.1 stating staff have five business days to respond to request

9. Response: (This Section for Staff Response Only)

DOC Policy 01, 01, 01, Section 3, Inmate Handbook
 - 2017 SCI Phoenix Inmate Handbook. Section 1, Part A, Paragraph 6, subsection 9
 - 2018 SCI Phoenix Inmate Handbook Supplement, Section 1, Part A, Paragraph 1
These are the signed/approved DOC policies regarding Who and how much you can send via cash slip. Also which staff may counter sign. The process of verifying the identities of individuals is covered by the following:
DC-ADM 812, Inmate Visiting Privileges. Section 1, Subsections E and M

All of these policies have been condensed onto the Inmate Accounting, Outgoing Money Order Memo.

To DC-14 CAR only ☐        |   To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME   R Koehler        RK        DATE 2/12/21
                       Print                    Signature

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>mrs orlando | 2. Date:<br>2·10·21 |
| 3. By: (Print Inmate Name and Number)<br>KX2601 Kevin Coit<br><br>*(signature)*<br>Inmate Signature | 4. Counselor's Name:<br>Smith |
| | 5. Unit Manager's Name:<br>Oliveri |
| 6. Work Assignment: | 7. Housing Assignment:<br>9D-7 |

8. Subject: State your request completely but briefly. Give details.

mrs orlando : am writing because as the grievance Coordinator one of your duties to ensure that all grievances that are responded have been properly Filed and are in Compliance with dc AdM 804 but you and mrs owens are approving responses that are Completely defective the Following grievances are missing one or all the signatures, titles, dates or loCations of inmate housing 904589, 910761, 910767, 910377, 913077

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____ _____ DATE _____

Print                                                    Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          **Attachment 3-A**

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

**Commonwealth of Pennsylvania**
**Department of Corrections**

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
R Koehler inmate accounts

2. Date: 2·13·21

3. By: (Print Inmate Name and Number)
KX2601 Kevin Cert

Inmate Signature

4. Counselor's Name:
Smith

5. Unit Manager's Name:
Oliveri

6. Work Assignment:

7. Housing Assignment:
9D-107

8. Subject: State your request completely but briefly. Give details.

I have reviewed All the Policies referenced in request dated 2·8·21 and at No point does it say the person(s) whom inmates send money has to be on the inmate visitor list it simply states must have a verified relation such as Brother, sister, Mother, father, uncle, Aunt, Nephew, Niece ect a institutional Memo does Not supercede Any policy unless authored by bhn wetzel himself and i have Not received any such Memo indicating such actions have been approved to the Contract Contracy the doc has already been Sued and lost such a Case and every institution has a supplimentary hand book that detail institutional process but is Compliant with All Policies in effect there are also other ≠0 ways of identifing Family besides an inmate visitors list So again Which policy states an inmate Can only send money to People on their visitor list because 01·01·01, inmate handbooks, NOR does dc Adm 812 effective 9.27.2018 Say that, again due to Not receiving responses i have a Personal Copy for My records in accordance with 7·2·1 this office has five business days to respond

9. Response: (This Section for Staff Response Only)

You answered your own question. Verified Relation. Once verified the person is added to your authorized visitor list. All of the policies have been signed off by John Witzel before being added into DOC policy. I don't know what else you are looking for? The Business Office follows all DOC Policies and Procedures. These policies and procedure will continue to be followed without exception. NO FURTHER ACTION NEEDED.

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME ___ R Koehler ___
Print

___ RK ___ DATE 2/22/21
Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*        **Attachment 3-A**

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer) <br> Mrs. Owens | 2. Date: <br> 2-20-21 |
| 3. By: (Print Inmate Name and Number) <br> IN 2601 Kevin Coit <br><br> _____ <br> Inmate Signature | 4. Counselor's Name: <br> Smith |
| | 5. Unit Manager's Name: <br> Oliveri |
| 6. Work Assignment: <br> Janitor | 7. Housing Assignment: <br> 9D-7 |

8. Subject: State your request completely but briefly. Give details.

Mrs Owens i still have Not received a response for the following grievances 910761, 910765, 910762, 910377, 909901

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____    _____ DATE _____
Print                                      Signature

## RETURNED MAIL NOTICE

GD- 1007

INMATE NAME: _____ K Coit _____

INMATE NUMBER: _____ KX 2601 _____

DATE: _____ 2/22/21 _____ .

Please be advised that the attached correspondence is being returned to sender by the Mailroom for the following reason:

☐     You have exceeded your state issued envelopes for the month. Correspondence from this date until the end of the current postage period must have a Postage/Cash Slip attached. Please provide a completed Postage Slip.

☐     Address incomplete/incorrect.

☒     Postage/Cash Slip incomplete/incorrect.

☐     Correspondence has insufficient postage. Please provide a completed Postage/Cash Slip.

☐     Insufficient funds available to satisfy Postage/Cash Slip request.

☐     Other:

Please correct the issue(s) noted above before attempting to resend.

*DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual*
*Section 1 – Mail Processing Procedures*
Issued: 8/3/2020
Effective: 8/10/2020

*Attachment 1-E*

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br><br>Srber | 2.  Date:<br><br>3·2·21 |
| 3.  By: (Print Inmate Name and Number)<br><br>AA2601 Kevin Coit | 4.  Counselor's Name:<br><br>Smith |
|  | 5.  Unit Manager's Name:<br><br>Oliveri |
| _____ Inmate Signature | |
| 6.  Work Assignment:<br><br>Janitor | 7.  Housing Assignment:<br><br>9D 107 |

8.  Subject: State your request completely but briefly. Give details.

Mr. Sorber how are you i would like to know when are Contact visits going to be reinstated or when will the visits if they are going to be on the tablets be available in addition when will the Co-horts be increased thank you for your time

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____ Print _____     _____ Signature     DATE _____

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

CC X3 Self File
X1 Sorber

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
of Sorber

2. Date: 3.2.21

3. By: (Print Inmate Name and Number)
KX2601 Kevin Coit

Inmate Signature

4. Counselor's Name:
Smith

5. Unit Manager's Name:
Oliver.

6. Work Assignment:
Janitor

7. Housing Assignment:
9D 107

8. Subject: State your request completely but briefly. Give details.

Mr. Sorber how are you today under these circumstances i hope you are in good health Anyway i am writing in regards to inmate account are you aware that they are refusing to send Money from My books to My Family and Friends Attached is the correspondence i have had with them in addition are the policies they use as a reference in None of these policies does it state that the person(s) has to be on the inmate visitors list in addition to this the rejection form is purely a memo that is of No Attachments to Any dc AdMS these exhibits which are policies that inmate accounts quoted say No Such thing in this case inMate handbook 2017 is Null and void due to the revision in 2018 All other policies are current dc Adm 812 states Nothing on who a inmate May send monies to due this strickly being about inmate visits and visitors list nothing personal but due to a history of staff Not responding to request i have 3 personal copies which means this office has five business days to respond in accordance to 7.2.1

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ DATE _____
Print        Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*        **Attachment 3-A**

| Form DC-135A <br><br> **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania <br> Department of Corrections <br><br> INSTRUCTIONS <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer) <br> Sorber | 2. Date: <br> 3·2·21 |
|---|---|
| 3. By: (Print Inmate Name and Number) <br> AX2601 Kevin Coit <br><br> _____ <br> Inmate Signature | 4. Counselor's Name: <br> Smith |
| | 5. Unit Manager's Name: <br> Oliveri |
| 6. Work Assignment: <br> Janitor | 7. Housing Assignment: <br> 9D 107 |

8. Subject: State your request completely but briefly. Give details.

Mr. Sorber how are you i would like to know when are Contact visits going to be reinstated or when will the visits if they are going to be on the tablets be available in addition when will the Co-horts be increased thank you for your time

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

| CC X3 Self File<br>X1 Sorber | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| --- | --- |

| 1. To: (Name and Title of Officer)<br>of Sorber | 2. Date:<br>3·2·21 |
| --- | --- |
| 3. By: (Print Inmate Name and Number)<br>JX2601 Kevin Coit<br><br>Inmate Signature | 4. Counselor's Name:<br>Smith |
|  | 5. Unit Manager's Name:<br>Oliver. |
| 6. Work Assignment:<br>Janitor | 7. Housing Assignment:<br>9D 107 |

8. Subject: State your request completely but briefly. Give details.

mr. Sorber how are you today under these circumstances i hope you are in good health Anyway iam writing in regards to inmate account are you aware that they are refusing to send Money from my books to my Family and friends Attached is the correspondence i have had with them in addition are the policies they use as a reference in None of these policies does it State that the person(s) has to be on the inmate visitors list in addition to this the rejection form is purely a Memo that is of No Attachments to Any dc AdMS these exhibits which are policies that inmate accounts quoteted say No Such thing in this Case inmate handbook 2017 is Null and void to due to the revision o in 2018 All other policies are current dc Adm 812 States Nothing on who a inmate May send Monies to due this strickly being about inMate visits and visitors list Nothing Personal but due to a history of staff Not responding to request i have 3 personal copies which Means this office has five business days to respond in accordance to 7.2.1

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

STAFF MEMBER NAME _____  _____ DATE _____

Print                                Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*        **Attachment 3-A**



**Initial Review Response**

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

01/28/2021 07:47

| | | | |
|---|---|---|---|
| **Inmate Name:** | COIT, KEVIN | **DOC #:** | KX2601 |
| **Facility:** | Phoenix | **Unit Location:** | G / D 1007 |
| **Grievance #:** | 910765 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance.  This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

I have read your grievance and investigated your claims.

You were scheduled to attend the law library on January 17, 2021, however, you did not attend.  Only one inmate attended for that session.

Your grievance is denied.  Your relief sought, both monetary and non-monetary, are denied.

| **Signature:** | |
|---|---|
| **Name:** | J. Terra |
| **Title:** | |
| **Approver:** | K. Owens |
| **Date:** | January 28, 2021 |

CC:  Facility Grievance Coordinator
     DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**     Issued: 1/26/2016  Effective: 2/16/2016

KX2601    Grievance #:910765

COIT, KEVIN                                                                      Page1 of 1

# PROPERTY REMOVAL FORM

| Name | DC Number | Quarters |
|------|-----------|----------|

| Destination | | |
|------|------|------|
| RHU ☐ | Infirmary ☐ | Outside Hospital ☐ |

Unit Officer/Sergeant insure the inmate packs all his property before sealing and shipping, In the event the inmate is not capable or available, it will be necessary for the cellmate to separate his belongings from those being packed,

| Cellmate Present | Name | DC Number |
|------|------|------|
| Yes ☐    No ☐ | | |

List below the amount and type of property removed from the cell

| Footlocker | Yes ☐   No ☐ | Amount of record boxes containing property | |
|------|------|------|------|
| Television | Yes ☐   No ☐ | Make/Model | Serial # |
| Radio | Yes ☐   No ☐ | Make/Model | Serial # |
| Typewriter | Yes ☐   No ☐ | Make/Model | Serial # |
| Razor | Yes ☐   No ☐ | Type | Condition |

Other valuable items (i.e. musical instruments, watch, jewelry etc...)

_____

_____

_____

Comments:_____

_____

Housing Unit Officer/Sergeant:_____ Date:_____

All property removed from the cell will be recorded and this form will be taped to the top of one box or footlocker. Boxes will be numbered for accountability (i.e. 1 of 2, 2 of 2)

Property of inmates confined in the RHU will be immediately sent to that unit. In most cases, this will be done on the same day and the same shift that the inmate was confined. Property will be picked up during regular business hours by contacting the Property Room for pick-up and delivery to the RHU. After hours, the Zone Lt/Yard Sgt will send an officer to the unit to pick up the property.

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>Mrs orlando | 2. Date: 12-2-21 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>KX2601 Kevin Coit<br><br>_____ Inmate Signature | 4. Counselor's Name:<br>Mrs M Smith |
| | 5. Unit Manager's Name:<br>oliveri |
| 6. Work Assignment:<br>Janitor | 7. Housing Assignment:<br>9D-13 |

8. Subject: State your request completely but briefly. Give details.

Mrs orlando i am writing because there are No grievance appeals on g block Whenever Possible May you please bring some So i May appeal grievances thank you

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
903505
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 12·3·20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) IGR2Gul Kevin Cort | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: 9D 13 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

unconstitutional Conditions of Confinement, Cruel and unusual punishment on 12-3-20 after four days of Complete Confinement i have Not been offered My 1 hour Mandatory rec in Compliance with Federal ruling stating all state or otherwise incarcirated person shall be offered at least an hour recreation under No Circumstances have i been offered this hour John E wetzel and J Sorber are using this Covid to violate already established rights under the united States, am Not receiving No Mental health treatment and this Almost total Confinement is only Worsening the state of My Mental health status i have writen CCPM C. hensley in relation to Mental health program and instead of respond ing to request slips CCPM hensley refuses to respond Rhu dtu, Bmu, DRtu all still receive at least their Mandatory hour rec plus Mental health groups or Rtu So Why do we in general population have less privillages then those in programs and disciplinary Confinement as a relief i request Compliance With Federal laws and Punitive And Compasatory damages, also Spoke to Mrs oliveri

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

Superintendent's Office
SCI Phoenix

DEC 0 8 2020

Received

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

03/05/2021 03:10

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
| Facility: | Phoenix | Unit Location: | G / D  |N Y |
| Grievance #: | 914365 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

## Decision:Grievance Denied

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance.  This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

## Response:

914365
This is in response to your grievance against the medical records department.
You write you sent a request on 1/17/21 to medical to review your medical chart and have not received a response yet.
In response, the log for DC-135a's was checked, there is no record of receipt of a DC-135a from inmate Coit. I will notify medical records you wish to view your medical records.
Your grievance is denied.

## ☑ Frivolous:

An inmate request was not received

| Signature: | |
| Name: | B. Huner |
| Title: | |
| Approver: | K. Owens |
| Date: | March 5, 2021 |

CC:  Facility Grievance Coordinator
       DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**

Issued: 1/26/2016  Effective: 2/16/2016

KX2601    Grievance #:914365

COIT, KEVIN

Page1 of 1



**pennsylvania**
DEPARTMENT OF CORRECTIONS

UNIT MANAGER: UM Oliver   DATE: 12/4/2020

## SUBJECT:   OUTGOING MONEY ORDERS

TO: Kevin Obit   KX2601   GDI013-01
    Inmate Name   DOC#   Location

## FROM: Inmate Accounting Office

Please refer to the below listed instructions regarding the sending of money orders out of the institution.

1. You may only send to family members as indicated in the Inmate Handbook. They must be ACTIVE on your Visiting list.

2. You must have the name and address of the person or company you are sending to, along with the amount clearly written on the cash slip.

3. You must sign the cash slip in the appropriate area or it will be returned to you.

4. The cash slip CANNOT be signed by a COT or CO1.

5. The cash slip must be signed in the official approval area by Sergeant, Lieutenant, Counselor, or Unit Manager. The name MUST be legible and PRINTED above his/her signature.

6. All money orders that are $100.00 or more MUST be signed and approved by a LIEUTENANT, COUNSELOR, or UNIT MANAGER ONLY!

7. You must attach an addressed envelope along with the cash slip. Please do not seal the envelopes or the entire packet will be returned to you. (there is no way to send the Money order/check if the envelope is sealed)

8. Return address must be:  Smart Communications/PADOC - SCI Phoenix- Inmate Name and DOC # P.O. Box 33028H  St. Petersburg, FL 33733

9. Should the need arise, an additional cash slip will need to be attached to the envelope for additional postage due to weight and/or size, or to be mailed out of the United States before the mailroom can process. Please do not put postage on the same Money order/check cash slip to be processed or the entire packet will be returned for separate cash slips. Or NOT an approved State issued envelope, need separate cash slip.

10. You may only send Outside Purchases to Approved Vendors. Please refer to Section 2 –Commissary and Outside Purchases of Department Policy DC-ADM 815, "Personal Property, State Issued Items, and Commissary/Outside Purchases" Subsection B.2. (effective date 11/19/2013) (Religious Articles: Items may only be purchased by inmates identifying with the respective faith group and must be approved by the Facility Chaplaincy Program Director (FCPD) via signature on a DC815A, Outside Purchase Approval Form. Please refer to DC-ADM 819, Religious Activities and DC-ADM815, Personal Property, Basic/State Issued Items and Commissary/Outside Purchases.

11. Outside Purchase Approval Form Required. Outside Purchase Approval Forms are required even if sending to a different address/outside the Institution.

If the above instructions are followed, you can be assured that your outgoing money orders(s) will be handled in a timely and accurate manner.

Cc: File



**pennsylvania**
DEPARTMENT OF CORRECTIONS

UNIT MANAGER: UM Oliveri   DATE: 12/8/2020

## SUBJECT:   OUTGOING MONEY ORDERS

TO: Kevin Coit          KX2001         GD1013-01
Inmate Name              DOC#          Location

## FROM: Inmate Accounting Office

Please refer to the below listed instructions regarding the sending of money orders out of the institution.

1.  You may only send to family members as indicated in the Inmate Handbook. They must be ACTIVE on your Visiting list.

2.  You must have the name and address of the person or company you are sending to, along with the amount clearly written on the cash slip.

3.  You must sign the cash slip in the appropriate area or it will be returned to you.

4.  The cash slip CANNOT be signed by a COT or CO1.

5.  The cash slip must be signed in the official approval area by Sergeant, Lieutenant, Counselor, or Unit Manager. The name MUST be legible and PRINTED above his/her signature.

6.  All money orders that are $100.00 or more MUST be signed and approved by a LIEUTENANT, COUNSELOR, or UNIT MANAGER ONLY!

7.  You must attach an addressed envelope along with the cash slip. Please do not seal the envelopes or the entire packet will be returned to you. (there is no way to send the Money order/check if the envelope is sealed)

8.  Return address must be:  Smart Communications/PADOC - SCI Phoenix- Inmate Name and DOC # P.O. Box 33028H  St. Petersburg, FL 33733

9.  Should the need arise, an additional cash slip will need to be attached to the envelope for additional postage due to weight and/or size, or to be mailed out of the United States before the mailroom can process. Please do not put postage on the same Money order/check cash slip to be processed or the entire packet will be returned for separate cash slips. Or NOT an approved State issued envelope, need separate cash slip.

10. You may only send Outside Purchases to Approved Vendors. Please refer to Section 2 –Commissary and Outside Purchases of Department Policy DC-ADM 815, "Personal Property, State Issued Items, and Commissary/Outside Purchases" Subsection B.2. (effective date 11/19/2013) (Religious Articles: Items may only be purchased by inmates identifying with the respective faith group and must be approved by the Facility Chaplaincy Program Director (FCPD) via signature on a DC815A, Outside Purchase Approval Form. Please refer to DC-ADM 819, Religious Activities and DC-ADM815, Personal Property, Basic/State Issued Items and Commissary/Outside Purchases.

11. Outside Purchase Approval Form Required. Outside Purchase Approval Forms are required even if sending to a different address/outside the Institution.

If the above instructions are followed, you can be assured that your outgoing money orders(s) will be handled in a timely and accurate manner.

Cc: File

SCI-Phoenix |1200 Mokychic Drive, P. O. Box 246| Collegeville, Pennsylvania 19426 | 610.409.7890 | www.pa.gov


**pennsylvania**
DEPARTMENT OF CORRECTIONS

UNIT MANAGER: _UM OTIvRI'_ DATE: _12/11/2020_

## SUBJECT:   OUTGOING MONEY ORDERS

TO: _Kevin Coit_          _KX 2001_          _GD-2013-01_
   Inmate Name            DOC#              Location

## FROM: Inmate Accounting Office

Please refer to the below listed instructions regarding the sending of money orders out of the institution.

1. You may only send to family members as indicated in the Inmate Handbook. They must be ACTIVE on your Visiting list.

2. You must have the name and address of the person or company you are sending to, along with the amount clearly written on the cash slip.

3. You must sign the cash slip in the appropriate area or it will be returned to you.

4. The cash slip **CANNOT** be signed by a **COT or CO1.**

5. The cash slip must be signed in the official approval area by Sergeant, Lieutenant, Counselor, or Unit Manager. The name **MUST** be legible and **PRINTED** above his/her signature.

6. All money orders that are **$100.00** or more **MUST** be signed and approved by a **LIEUTENANT, COUNSELOR, or UNIT MANAGER ONLY!**

7. You must attach an addressed envelope along with the cash slip. Please do not seal the envelopes or the entire packet will be returned to you. (there is no way to send the Money order/check if the envelope is sealed)

8. Return address must be:  Smart Communications/PADOC - SCI Phoenix- Inmate Name and DOC # P.O. Box 33028H  St. Petersburg, FL 33733

9. Should the need arise, an additional cash slip will need to be attached to the envelope for additional postage due to weight and/or size, or to be mailed out of the United States before the mailroom can process. Please do not put postage on the same Money order/check cash slip to be processed or the entire packet will be returned for separate cash slips. Or NOT an approved State issued envelope, need separate cash slip.

10. You may only send Outside Purchases to Approved Vendors. Please refer to Section 2 –Commissary and Outside Purchases of Department Policy DC-ADM 815, "Personal Property, State Issued Items, and Commissary/Outside Purchases" Subsection B.2. (effective date 11/19/2013) (Religious Articles: Items may only be purchased by inmates identifying with the respective faith group and must be approved by the Facility Chaplaincy Program Director (FCPD) via signature on a DC815A, Outside Purchase Approval Form. Please refer to DC-ADM 819, Religious Activities and DC-ADM815, Personal Property, Basic/State Issued Items and Commissary/Outside Purchases.

11. Outside Purchase Approval Form Required. Outside Purchase Approval Forms are required even if sending to a different address/outside the Institution.

If the above instructions are followed, you can be assured that your outgoing money orders(s) will be handled in a timely and accurate manner.

Cc: File

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**



FOR OFFICIAL USE

909589

GRIEVANCE NUMBER

### OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 12·14·20 |
|---|---|---|

FROM: (INMATE NAME & NUMBER)
KKabui Kevin Cert
WORK ASSIGNMENT:
Janitor

SIGNATURE OF INMATE:

HOUSING ASSIGNMENT:
JD 13

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Retaliation on 12·14·20 C/o B. Miller returned a rejected grievance and two cash slips the grievance # is 903505 and the C/o miller told me that he had a Message from ccpm hensley and orlando he said that they told him to tell Me that if i Knew what was good for me i would not resubmit 903505 or appeal the rejection then he told me that if i told anybody he would spray Me Next time he came on the block CCPM hensley grievance coordinator orlando have been taking retalitory actions since i have arrived at sci phoenix i have been denied to remove Funds for me to send to My Family My Mail is being delayed and i am being allowed to Cut Myself when C/o Miller told me of what hensley and orlando said i told him i was going to Kill Myself C/o Miller told me to go ahead and do it so i began to Cut Myself and he denied me Medical attention stating you can wait untill 2·10 and if you file grievance on me it will be a lot worse as a relief i request punitive damages and

B. List actions taken and staff you have contacted, before submitting this grievance.   Monetary damages

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                        Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy



Superintendent's Office
SCI Phoenix

DEC 15 2020

Attachment 1-A   Received

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

~~904587~~

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: 12.14.20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Arabou Kevin Cert | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: landel | HOUSING ASSIGNMENT: 9D 13 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

retaliation on 12.14.20 C/o B. Miller returned a rejected grievance and two cash slips
the grievance # is 903505 and the C/o Miller told me that he had a message from CCPM
hensley and orlando he said that they told him to tell me that if i knew what was
good for me i would not resubmit 903505 or appeal the rejection then he told
me that if i told anybody he would spray me next time he came on the block CCPM
hensley grievance coordinator orlando have been taking retalitory actions since i have
arrived at sc.phoenix i have been denied to remove funds for me to send to my
family my mail is being delayed and, i am being allowed to cut myself when
C/o miller told me of what hensley and c/o orlando said i told him i was going to
kill myself C/o Miller told me to go ahead and do it so i began to cut myself
and he denied me medical attention stating you can wait hntil 2-10 and if you file
grievance on me it will be alot worse as a relief i request punitive damages and

B. List actions taken and staff you have contacted, before submitting this grievance. Monetary damages

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator                     Date

WHITE Facility Grievance Coordinator Copy       CANARY File Copy       PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

P-D-1013



**PA**

## Rejection Form

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

12/15/2020 03:04

| Inmate Name: | COIT, KEVIN | DOC #: | KX2601 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | G / D |
| Grievance #: | 904589 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance.  Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

**Rationale:**

- Grievances based upon different events must be presented separately.

**Response:**

**Signature:**

| Name: | K. Owens |
|---|---|
| Title: | Facility Grievance Coordinator |
| Date: | |

cc: Facility Grievance Coordinator
    DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**

KX2601    Grievance #:904589

COIT, KEVIN

Issued: 1/26/2016  Effective: 2/16/2016

Page 1 of 1

**DC-154A** Revised 7/2009

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**No. B** 710138

## Confiscated Items Receipt (Inmate)

| DC-NUMBER | Inmate Name | Cell | Facility | Date | Time |
|---|---|---|---|---|---|
| KX 2601 | CO IT | | SCI-PHX | 12/23/20 0630 |  |

☐ Random Search      Misconduct Report     Comments:
☐ General Search       Prepared           IN PDPULATION PROPERTY
☐ Investigative search      ☐ Yes    ☑ No

| Item(s) Confiscated | Disposition | Item(s) Confiscated | Disposition |
|---|---|---|---|
| 1. SNEAKS — REEBOK SIZE 10½ | NOT HIS | 2. FAN | NOT HIS BAD ENGRAVING |
| 3. SNEAKS — NIKE SIZE 8½ | NOT HIS DESTROYED | 4. RCA TV w/REMOTE 000 1152 | NOT HIS SERIAL # TRACED |
| 5. | | 6. | |
| 7. | | 8. | |
| 9. | | 10. | |

☐ **Uniform Commercial Code (UCC) and Paper Terrorism Materials**

UCC and related material will be confiscated and will not be subject to a disposition other than return to the inmate, destruction or forwarding to the Chief of Security or Chief Counsel's Office. Upon confiscation, the inmate has 15 days to file a grievance, in accordance with **DC-ADM 804, "Inmate Grievance Procedure."**

| DC-141, Part 3<br>Program Review<br>Committee Action | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal | ☐ Periodic Review | ☐ Other | | |
| DC Number<br>KX2601 | Name<br>Coit | Facility<br>PHX | Date of Review<br>12/28/2020 | No. from DC-141, Part 1 |

Program Review Committee's Decision and Rationale

Mr. Coit's (KX2601) case has been addressed by the POC Treatment Team; Inmate has been cleared psychiatrically for discharge from the POC today.

Plan is to DC today to <u>B Block</u> in a <u>camera cell</u> today. A <u>DC-709</u> has been signed by Shift Commander for <u>razor restrictions</u>.

☐ Continue ☐ Move to AC ☐ Release to GP ☐ Release Cell Restriction ☐ Continue Investigation

☐ Release to Control GRP ☐ Release Medical ☐ Release Diag. Center ☐ Release Sent. Complete

Decision Relative to Hearing Examiner's Verdict

☐ Reject ☐ Uphold ☐ Uphold-Modify ☐ Remand back ☐ Vacate-permit Recharge ☐ Dismiss

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Anthony Matteo, Ph.D./PSS Stickney | | 12/28/2020 |
| Adam Glushakow, MD | | 12/28/2020 |
| V. Olivencia, RN | | 12/28/2020 |

WHITE – DC-15      YELLOW – INMATE      PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD - DSFM

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*      **Attachment 4-A**
Issued: 11/24/2014      Effective: 12/29/2014

| DC-141, Part 2(B)<br>DISCIPLINARY HEARING<br>REPORT | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | | | |
|---|---|---|---|---|---|
| DC Number<br>KX2601 | Name<br>Coit, R. | Facility<br>SCI-PHY | Hearing Date<br>12/29/20 | Hearing Time<br>0711 | No. from Part 1<br>D257616 |
| INMATE<br>PLEA | ☐ Guilty<br>☐ Not Guilty | ☐ No Plea<br>☑ Other | VERDICT | ☐ Guilty<br>☑ Not Guilty | |

HEARING ACTION

CHARGES 3 5

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

Inmate Coit refuses, in accordance with DCADM 801 to attend this Hearing Per Col Conway. The waiver form is signed.

Having read the report as written, this Misconduct is

Dismissed With Prejudice

Dr Alventra

| | | | |
|---|---|---|---|
| ☐ YES | ☑ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | I-C<br>DC141Part2D |
| ☐ YES | ☑ NO | The circumstances of the charge have been read and fully explained to the inmate. | SEE APPENDICES |
| ☐ YES | ☑ NO | The opportunity to have the inmate's version reported as part of the record was given. | ☐I |
| ☐ YES | ☑ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

| NAME(S) OF HEARING EXAMINER/COMMITTEE<br>(TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| Yodis | D Hodsiky |
| | SIGNATURE OF HEARING EXAMINER/COORDINATOR |

WHITE – DC-15          YELLOW – Inmate Cited          PINK – Staff Member Reporting Misconduct
GOLDENROD – Deputy Facility Manager

**FORM DC-141**    **PART 2 D**
Rev. 8/05
**WAIVER OF DISCIPLINARY PROCEDURES**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Facility | Date |
|---|---|---|---|
| RX 2601 Colt | | SCI-PHX | 12/29/20 |

MISCONDUCT REPORT(S) NO. _____ D257616 _____

(This form is to be used when an inmate charged with committing a misconduct wishes to waive his right to a disciplinary hearing or other procedural protections.)

I have received written notice of the offense(s) with which I am charged. I have read or have been informed of and understand the following:

I have a right to have a hearing not less than 24 hours nor more than seven working days after receiving notice of the charges, to determine whether I am innocent or guilty of committing a misconduct.

If found guilty, discipline may be imposed against me, including but not limited to, loss of privileges and placement in disciplinary custody.

After the hearing, I have a right to appeal both the finding of guilt and the appropriateness of any discipline imposed by the Hearing Committee to the Program Review Committee.

I may waive my right to a hearing as well as any other procedural protections to which I am entitled.

If I waive my right to a hearing, the Hearing Committee/Examiner will determine my guilt or innocence in my absence, and that determination shall be final. If I am found guilty, discipline may be imposed. I may appeal the appropriateness of the discipline imposed by the Program Review Committee.

I have read the above statement or have had it read to me, and with an understanding of my rights,

[X] I hereby voluntarily waive the disciplinary hearing on misconduct report(s) # ___ D257616 ___

[ ] I wish to have a disciplinary hearing, but hereby voluntarily waive my right to 24 hours notice prior to the hearing and request that it be scheduled as soon as possible.

[ ] I wish to have a disciplinary hearing, but I hereby voluntarily waive my right to have the hearing within seven working days of receiving notice of the charge and request that it be scheduled within a reasonable time hereafter.

Rfr to Sign
_____
**INMATE**

DATE _____ 12/29/20 _____

Rfr Col Conway

_____
**WITNESS**

DATE _____ 12/29/20 _____

_____
**WITNESS**

DATE _____ 12/29/20 _____

**WHITE — DC-15**     **YELLOW — Inmate Cited**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Ph[illegible] | DATE: 12-31-[illegible] |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) [illegible] | SIGNATURE OF INMATE: [illegible] | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: JD 7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Violation of Code of ~~[illegible]~~ ethics 215 Sec 3 7 on 12 22 20 I was taken to POC My property was taken to the main property room [illegible] us [illegible] from [illegible] to property to the RHU My tv, 2 pairs of sneakers My fan, 2 rugs, 1 extension cord, 1 CCA remote, 1 sweat pants, 1 sweat shirts My state id all was missing I was Not given a C[illegible] and My property was inventoried out side my presence and I was not given a New DC 153 the these items were given to My By BMU staff as part my treatment and incentives which is why they are on My 153s see exhibits all Items were New except tv and fan I would like my property back or reimburst At commissary value for these items

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator ____________________ Date ____________

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Kevin Coit KX2601
1200 Mokychic drive
Collegeville PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost™
03/29/2021
US POSTAGE $008.55⁰

PRIORITY MAIL

ZIP 19426
041M12252211

Clerk of Courts
eastern district Court
Civil division
601 Mar Market St
Phila PA ~~19106~~ 19101

U.S.M.S.
X-RAY



USPS TRACKING #

9488 8178 9820 3207 3048 29



PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE®
For Domestic and International Use

Label 107PL May 2014

Complaint 200 pages enclosed