IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN COIT** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-1568** |
| **v.** | : | |
| | : | |
| **JAIME SORBER,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of September 2025, upon consideration of Defendants Sorber, Hensley, Calpino, Spivey, Gilliard, Nyce, and Olivieri (collectively, "Defendants") *motion for summary judgment*, (ECF 51), and Plaintiff Kevin Coit's ("Plaintiff") response in opposition, (ECF 53), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment:

1. as related to Plaintiff's Eighth Amendment claim against Defendant Gilliard related to the January 31, 2021 incident of self-harm is held in **ABEYANCE** pending further briefing;

2. as related to Plaintiff's First Amendment retaliation claims against Defendants Olivieri and Gilliard is held in **ABEYANCE** pending further briefing; and

3. as related to all other claims or theories of liability against Defendants is **GRANTED.**

It is further **ORDERED** that with respect the exhaustion arguments regarding Plaintiff's Eighth Amendment claim against Defendant Gilliard and Plaintiff's First Amendment retaliation claims, the parties are to file, by October 6, 2025, additional briefing, including any relevant materials and/or responses, underlying the administrative exhaustion of these claims consistent with the guidance in the accompanying memorandum opinion,.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*